IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 6:20-po-5001-KLD<br>　　Citations 9587151 and 9587154<br>6:20-po-5028-KLD<br>　　Citation 9587030<br>6:21-po-5063-KLD<br>　　Citation 9587277 |
| Plaintiff, | |
| vs. | |
| TYREL L. ATCHLEY, | |
| Defendant. | ORDER TO VACATE AND DISMISS |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the trial set for February 1, 2022, in the above cases is vacated.

IT IS FURTHER ORDERED that citations 9587151 and 9587030 are dismissed pursuant to the plea agreement.

Dated this _31st_ day of January, 2022.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1