UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TYREL L. ATCHLEY,<br><br>　　　　　　Defendant. | Case No.　6:20-PO-5001-KLD<br>　　　　　　6:20-PO-5028-KLD<br>　　　　　　6:21-PO-5063-KLD<br><br>VIOLATIONS: 9587030, 9587151, 9587154, AND 9587030<br><br>DISPOSITION CODE:  PE/NC<br><br>**ORDER ACCEPTING**<br>**PLEA LETTER** |

　　Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated January 24, 2022, advising Plaintiff has reached an agreement with Defendant.  Plaintiff has agreed to reduce the total amount due on the violation notice from $1,670.00 to $80.00 in fees, and Defendant has agreed to forfeit that amount.

　　**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $80.00 in fees, no fine, and shall do so by February 15, 2022, for violations 9587154 and 9587277.

　　**IT IS ALSO ORDERED** that violations 9587151 and 9587030 are **DISMISSED**.

　　Defendant is directed to send his payments to the following:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payments are credited to the proper violation notice, Defendant's payments shall reference the violation notice(s) number listed above.

Alternatively, Defendant may make his payments through the website at www.cvb.uscourts.gov.

Defendant is advised that if he fails to pay the collateral as ordered the Court may issue a warrant for his arrest.

DATED this 31st day of January, 2022.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge